UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-

ANDREW DONE     Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

-CR-  ( )( )

22 CRIM 192

Defendant __ANDREW DONE__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

✓   Initial Appearance Before a Judicial Officer

✓   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_/s/ on Behalf of Andrew Done_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

ANDREW DONE
Print Defendant's Name

_/s/ John Diaz_
Defendant's Counsel's Signature

John Diaz
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

4/11/22
Date

_/s/ Ona T. Wang_
Ona T. Wang
United States Magistrate Judge