```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| United States of America | |
|---|---|
| -v- | 22-cr-192 (JSR) |
| Andrew Done, et al., | ORDER |
| Defendants. | |

JED S. RAKOFF, U.S.D.J.:

Today, one day before defendants' pre-trial motions were due, and many weeks after that return date was set, defendants jointly requested a 45-day adjournment of their time to make any and all motions. The Court is somewhat mystified by this belated request, since it is based in a part on alleged delay on the part of the defendants' coordinating discovery counsel, which is something defense counsel should be able to control. Nevertheless, the Court hereby grants defendants' request, subject to the following provisos:

*First*, all defense motions must be filed by no later than September 12, 2022. Defense counsel will coordinate so that all such motions, including motions made by any individual defendant as well as motions made by two or more defendants, will collectively comprise no more than 100 double-spaced pages in 12-point font.

*Second* (and in place of the in-court conference on such matters previously scheduled for August 4, 2022), the Government must file by October 3, 2022 a written response to each and every motion made by

1

defendants. Such response must also be limited to 100 double-spaced pages in 12-point font.

*Third*, the defendants, jointly and individually, may respond to the Government's answering papers with reply papers by October 11, 2022. Such papers are collectively limited to 50 double-spaced pages in 12-point font.

*Fourth*, except where a suppression or other evidentiary hearing is required, no oral argument will be held on the motions, but the Court will resolve them in an opinion to be rendered by October 24, 2022.

*Fifth*, in the event the Court determines that an evidentiary hearing is required on any defense motions, the Court will so notify the parties in writing by no later than October 13, 2022. Any such hearing will be held on October 18, 2022 at 4:00pm.

*Sixth*, none of the foregoing dates and requirements is subject to any change whatsoever, and no request for a change to any of the foregoing dates will be permitted to be filed, except with respect to the evidentiary hearing date. With respect to the date and time of the October 18, 2022 evidentiary hearing, any objections to that date and time must be filed in writing by August 4, 2022.

SO ORDERED.

New York, NY
July 28, 2022

_____
JED S. RAKOFF, U.S.D.J.