22CR192 US v Andrew Done

*[TRANSLATION]*

Hello, Jed. S. Rakoff, I wanted to explain my problem to you. I appeared before you to take a plea that my attorneys John A. Diaz and Mark S. Demarco and the prosecutor forced me to take. Your Honor, my attorneys wrote a guilty plea letter and I had to say what that guilty plea letter said before Your Honor; if you asked me if I am pleading guilty that I should say "Yes, Your Honor". I believe my attorneys used me because I have no knowledge of the law. They told me if I accepted that guilty plea that you would take my mental problems into consideration and you would sentence me to fifteen years imprisonment. Your Honor, my attorneys made me take a drug plea and I never sold drugs. He wrote in the letter what I had to say before you about the drug. That attorney and the prosecutor played me dirty. I even cooperated with my attorney having him tell the prosecutor that I knew of a murder. I told him who was there and everything and the prosecutor sent word that I was telling lies. And do you know what the prosecutor did, Your Honor? He used two of my codefendants for that murder and it was I who told my attorney about that. That prosecutor got information through my attorney. That prosecutor did me wrong, Your Honor. They're also saying that I was involved in the June 9th, 2019 shooting. I was there but not like they're saying, that I had a gun. Those are lies; they shot at me and an innocent person was hit.

One more thing, Your Honor. I was not the boss of the Shooting Boys. I was a member. I became part of the Shooting Boys in 2018 until 11/05/2020 when I took the life of a person who tried to take mine first. They don't believe me because they don't have a police report. Your Honor, how can there be a police report if I am in a gang? Then if the police were to ask Angel about that, then Angel would go to my people and tell them that I spoke to the police and then, because of that, my people would have killed me, because of the police. Why didn't the prosecutor say that Angel fled to CT because he killed someone? He was there for 10 months, he realized no one was searching for him and he returned to the Bronx. Why didn't the police turn over the gun Angel had when I killed him? Why didn't they turn it over? Because they want to make me look like the more evil one. Your Honor, I believe that I defended myself, I was the victim in this case. I have witnesses that Angel shot at me. My attorney had their phone numbers; he never called them. They have pictures in their phones of the holes in the building window. People saw him leaving with the gun in his hand. When I was leaving the building people told me that was Jay the Shadow, he left on a moped on Weeb Av. And another thing, Your Honor, when I took Angel's life, how do you think I arrived at that place? It was his own friend who set it up for me, and I arrived then. The prosecutor says it's a lie, that I was looking for Angel's friend, that's not how things happened. Your Honor, I hope my letter reaches you, that you read it and you have consideration for me. I will put down my mother's number for you.

22CR192 US v Andrew Done

*[Text on top of back of page]* If you see my letter call my mother so that I know you saw it. 929-307-8484.

Also, Your Honor, please tell my former attorneys to send me my discovery and the sentencing hearing minutes.

*[Translated by SDNY Interpreters Office (EdlR & GM) on 07/14/2023. Please note that the original contained numerous spelling and grammatical mistakes which were corrected for ease of reading. Words in brackets are translator's inclusions for clarity.]*