UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>-v-<br>ANDREW DONE,<br>Defendant. | 22-cr-192-1 (JSR)<br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On July 24, 2026, a motions panel of the United States Court of Appeals for the Second Circuit granted the Government's unopposed motion for a limited remand to permit this Court to amend or strike certain conditions of supervised release contained in the defendant's written judgment. See ECF No. 202. The defendant waived his right to a hearing and accepted written notice of the supervised release conditions the Court intended to impose on remand. On September 11, 2026, the Court provided written notice to the defendant and directed the defendant to submit any objections by September 18, 2026. Because the Court has not received an objection, the Court enters the amended judgment reflected in ECF No. 211.

SO ORDERED.

New York, NY
September 23, 2026

JED S. RAKOFF, U.S.D.J.